**UNITED STATES BANKRUPTCY COURT**                        **PJH 9510**
**EASTERN DISTRICT OF NEW YORK**                    **Tax ID No. 11 3178696**

In re:

TIKQWAH JOHNSON,                          Bankr. Case No.:  1-12-41251-ess
                                          Chapter 7
           Debtor.

TIKQWAH JOHNSON,                          Adv. Proc. No.:  1-18-01076-ess

           Plaintiff,

v.

JEFFERSON CAPITAL SYSTEMS, LLC            **ORDER APPROVING STIPULATION**
                                          **FOR DISMISSAL OF "A/S/O SLM**
                                          **EDUCATION CREDIT FINANCE**
                                          **CORP." AS DEFENDANT IN THIS**
                                          **ADVERSARY PROCEEDING**
           Defendant

        AND NOW, this _____ day of _____ 2018, upon consideration of the parties'

Stipulation for Dismissal of "a/s/o SLM Education Credit Finance Corp." as Defendant in this

Adversary Proceeding, between Plaintiff and Navient Solutions, LLC, on behalf of itself and

named Defendant "a/s/o SLM Education Credit Finance Corp.", it is

        ORDERED, that the Stipulation is hereby APPROVED, and it is further

        ORDERED, that named Defendant "a/s/o SLM Education Credit Finance Corp." is

hereby dismissed as Defendant in this adversary proceeding, and it is further

ORDERED, that the caption of this adversary proceeding is hereby amended to be consistent with this Order, as shown hereon.

**SO ORDERED:**