Law Office Of
# MICHELLE LABAYEN PC
24 Commerce Street, Suite 1300  Newark, NJ 07102
973-622-1584
njchapter7@gmail.com

October 3, 2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN

**NOTICE OF SETTLEMENT OF ADVERSARY PROCEECING**

RE: Tikqwah Johnson
Chapter 17
Case No.: 12-41251 Adv Case No.: 18-01076

Honorable Elizabeth S. Stong:

    PLEASE TAKE NOTICE that this matter has been settled between the Plaintiff and the Defendant . We respectfully request for the court to make the matter as settle according and to allow the parties to sign and submit the terms of settlement.

Kindest Regards,

/*s/ Michelle Labayen*
Michelle Labayen Esq.